MANSFIELD, Justice
(concurring specially).
I join almost all of the court’s well-reasoned opinion. I write separately because I diverge from the majority on one point.
Like the court of appeals, I would find the entire paragraph in Dr. Harre’s report objectionable. In my view, this paragraph is, “in effect, an expert opining that A.T. was to be believed.” State v. Brown, No. 121638, 2013 WL 5743652, at *5 (Iowa Ct.App. Oct. 23, 2013): Thus, I would find that all of this paragraph crossed the fine line noted in State v. Myers, 382 N.W.2d 91, 97 (Iowa 1986), and reiterated today in State v. Dudley, 856 N.W.2d 668, 671-85 (Iowa 2014).